ANNIE BOYLE ET AL. v. NATIONAL UNION BANK.

Decided January 19, 1927.

On appeal from the Morris County Court of Common Pleas.

Before GUMMERE, CHIEF JUSTICE, and Justices TRENCHARD and MINTURN.

For the plaintiffs (respondents), *Leon E. Cone.*

For the appellant, no appearance.

PER CURIAM.

The failure of the appellant to prosecute its appeal, either by submitting a brief or by oral argument, is in effect an abandonment thereof.

The apppeal, therefore, will be dismissed, with costs to the respondents.